STATE of Minnesota, Respondent,

v.

Jerry Ben RETZLAFF, Appellant.

No. A10–2202.

Supreme Court of Minnesota.

Oct. 4, 2012.

Rehearing Denied Oct. 17, 2012.

AMENDED ORDER

Based upon all the files, records and proceedings herein, and upon an evenly divided court,

IT IS HEREBY ORDERED that the decision of the court of appeals filed November 21, 2011, be, and the same is, affirmed without opinion.

WRIGHT, J., not having been a member of this court at the time of submission, took no part in the consideration or decision of this case.

BY THE COURT:

/s/ Lorie S. Gildea
Chief Justice.